PILLSBURY WINTHROP SHAW PITTMAN LLP (pro hac vice)
MARK L. KROTOSKI (pro hac vice)
California Bar No. 138549
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Email: mark.krotoski@pillsburylaw.com

CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Email: parmeni@clarkhill.com

Attorneys for Defendant, Edward Lopez

PILLSBURY WINTHROP SHAW PITTMAN LLP (pro hac vice)
RICHARD P. DONOGHUE (pro hac vice)
New York Bar No. 2511236
31 W 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Email: richard.donoghue@pillsburylaw.com

ANDERSON KILL, P.C. (pro hac vice)
SAMUEL M. BRAVERMAN (pro hac vice)
New York Bar No. 2553808
7 Times Square, 15th Floor
New York, NY 10036
Telephone: (212) 278-1008
Email: SBraverman@AndersonKill.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO RUBEN LOPEZ,<br><br>Defendant. | 2:23-cr-00055-CDS-DJA<br><br>**ERRATA TO RESPONSE TO GOVERNMENT'S STATUS UPDATE AND CONTINUING OBJECTION TO DEFENDANT'S SUMMARY CHARTS [ECF NO. 630]** |

The defense hereby files this Errata related to the April 6, 2025 Response to Government's Status Update and Continuing Objection to Defendant's Summary Charts [ECF no. 630]. ECF No 631. This correction to the original response is filed to correct and clarify that an email to the government on April 5, 2025, stating that: "Ms. Stuckwisch has been traveling today and was unreachable," ECF No. 630-2, contained an unfortunate, poor choice of words. Several efforts to reach Ms. Stuckwisch on April 5, 2025 were made by email, telephone, voicemail message and text to which she did not respond. The email to the government should have stated: "Ms. Stuckwisch has been unavailable for most of the day and was unreachable. After speaking briefly with Ms. Stuckwisch for the first time around 4:05 p.m., she needed to return home to review the materials on her computer server, a work product issue was identified, and she was told to provide the materials as soon as possible." This Errata is filed in order to correct the record.

Dated: July 17, 2025

PILLSBURY WINTHROP SHAW
PITTMAN LLP (*pro hac vice*)


    */s/*
_____
MARK L. KROTOSKI (*pro hac vice*)
2550 Hanover Street
Palo Alto, CA 94304-1115
Tel:  (650) 233-4500